# Court of Appeals
# of the State of Georgia

ATLANTA,      June 09, 2015

*The Court of Appeals hereby passes the following order:*

## A15A1565. WILLIE J. HAWKINS v. LAT SPORTSWEAR, INC.

The above-styled appeal was docketed with this Court on April 6, 2015, and the Appellant's brief was due to be filed 20 days later on April 26, 2015. *See* Court of Appeals Rule 23 (a). However, as of the date of this order, nearly two months after the appeal was docketed, the Appellant still has not filed his brief or a motion for an extension of time to file his brief. Thus, pursuant to Court of Appeals Rule 23 (a), this appeal is ***DISMISSED***.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*      06/09/2015
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ , *Clerk.*